UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br><br>James Shevitski<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, James Shevitski, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, James Shevitski, is a resident and citizen of the State of Pennsylvania and claims damages as set forth below.

3. ~~Plaintiff's Spouse, _____, is a resident and citizen of the State of _____, and claims damages as set forth below.  *[Cross out Spousal Claim if not applicable.]*~~

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where

this Complaint would have been filed absent the direct filing order by this Court is __United States District Court__, Middle District of Pennsylvania.

      6.      Plaintiff brings this action *[check the applicable designation]*:

__x___           On behalf of [himself/herself];

_____           ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

      7.      On or about __5/7/2013__, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] __knee replacement__ [type of surgery] at the __Evangelical Community Hospital - one hospital drive__ [medical center and address], in __Lewisburg, PA__ [city and state], by Dr. __Charles Cole__.

      8.      Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). The pathogen identified was _____ (*if known*).

      9.      As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has

undergone __x_____ __x Type text here__[Describe treatment(s) received, e.g., revision arthroplasty, wound vac treatment, multiple staged procedures, etc.] on or about __5/15/2013__, at ____Geisinger Shamokin Area Community Hospital____ [medical center(s) and address(es)] by Dr(s). _____. [*Cross out if not applicable.*]

## ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

__x___         INJURY TO HERSELF/HIMSELF

_____         INJURY TO THE PERSON REPRESENTED

_____         WRONGFUL DEATH

_____         SURVIVORSHIP ACTION

_____         ECONOMIC LOSS

~~(b) Plaintiff's spouse claims damages as a result of (check all that are applicable): [*Cross out if not applicable.*]~~

~~=====         LOSS OF SERVICES~~

~~=====         LOSS OF CONSORTIUM~~

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

__x___         FIRST CAUSE OF ACTION - NEGLIGENCE;

__x___         SECOND CAUSE OF ACTION - STRICT LIABILITY;

         __x___    FAILURE TO WARN

3

      __x__      DEFECTIVE DESIGN AND MANUFACTURE

__x__      THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

__x__      FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF __Pennsylvania__, __13__ §§ __2A212__ ;

__x__      FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

__x__      SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

__x__      SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

__x__      EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

__x__      NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF __Pennsylvania__, __73 P.S.__ §§ __201-1__ ;

__x__      TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

__x__      ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

__x__      TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

_____      ~~THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and~~

__x__      FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

Punitive Damages, Common Law Fraud, Constructive Fraud, Gross Negligence, and

Negligent Infliction of Emotional Distress

_____.

*[Cross out if not applicable.]*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: 11/4/2024

Respectfully submitted,

/s/ Charles H. Johnson
Charles H. Johnson
Bar No. 50696
*Attorney for Plaintiff*
LAW OFFICES OF CHARLES H. JOHNSON,
PA 2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:   (651) 633-5685
Fax Phone:   (651) 633-4442
bdehkes@charleshjohnsonlaw.com